# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 13, 2019**

SEAN F. McAVOY, CLERK

JANET STONE, on her own behalf and on the behalf of all others similarly situated,

*Plaintiff*

v.

ASPEN DENTAL MANAGEMENT, INC., a foreign corporation; and ADAM MILESKI, DDS PLLC, a Washington corporation,

*Defendant*

Civil Action No. 2:19-CV-167-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendants' Motion to Dismiss, ECF No. 17, is GRANTED IN PART, with respect to dismissal of Plaintiff's Complaint for failure to state a claim, and DENIED IN PART, with respect to dismissal with prejudice. Plaintiff's Complaint, ECF No. 1, is dismissed without prejudice, and without costs or fees for any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Rosanna Malouf Peterson  on a motion for dismissal.

Date: September 13, 2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Virginia Reisenauer
*(By) Deputy Clerk*

Virginia Reisenauer