FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 04, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JANET STONE, on her own behalf and on the behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>   v.<br><br>ASPEN DENTAL MANAGEMENT, INC., a foreign corporation; and ADAM MILESKI, DDS, PLLC, a Washington corporation,<br><br>                Defendants. | NO: 2:19-CV-167-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is Plaintiff's Notice of Voluntary Dismissal, ECF No. 26. Having reviewed the Notice and the record, the Court finds good cause to approve dismissal. Accordingly, **IT IS HEREBY ORDERED**:

    1. Plaintiff's Notice of Voluntary Dismissal, **ECF No. 26**, is **ACCEPTED**.

    2. Plaintiff's individual claims are **dismissed with prejudice** and without fees or costs to any party.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

3. Plaintiff's claims asserted on behalf of a putative class are **dismissed without prejudice** and without fees or costs to any party.

4. All pending motions, if any, are **DENIED AS MOOT**.

5. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, enter judgment of dismissal with prejudice of Plaintiff's individual claims and without prejudice of Plaintiff's putative class claims, provide copies to counsel, and **close this case**.

**DATED** October 4, 2019.

                                      *s/ Rosanna Malouf Peterson*
                                 ROSANNA MALOUF PETERSON
                                    United States District Judge